IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00939-RTG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

KEVIN R. PETERSON,

    Plaintiff,

v.

MOSES ANDRE STANCIL,
JARED POLIS,
ALLISON TALLEY, and
AMANDA RETTING,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

    Plaintiff Kevin R. Peterson is a convicted and sentenced state prisoner in the custody of the Colorado Department of Corrections ("CDOC"). On March 6, 2026, Plaintiff initiated this action *pro se* by submitting a Prisoner Complaint (ECF No. 1).[1]

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient (or not submitted) as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

---

1 "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __X__   is not submitted (Plaintiff must submit the court-approved Prisoner's Motion and Affidavit For Leave to Proceed Pursuant to 28 U.S.C. § 1915 form).
(2) ___   is missing affidavit
(3) __X__   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___   is missing certificate showing current balance in prison account
(5) ___   is missing required financial information
(6) __X__   is missing authorization to calculate and disburse filing fee payments
(7) ___   is missing an original signature by the plaintiff
(8) ___   is not on proper form
(9) ___   names in caption do not match names in caption of complaint, petition or habeas application
(10) __X__   other: Plaintiff may pay the $405.00 filing fee instead of submitting the proper § 1915 motion and supporting documentation.

**Complaint, Petition or Application**:
(11) ___   is not submitted.
(12) ___   is not on proper form
(13) ___   is missing an original signature by the prisoner
(14) ___   is missing page nos.
(15) ___   uses et al. instead of listing all parties in caption
(16) ___   names in caption do not match names in text
(17) ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this Order**. Any papers that he files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain, with the assistance of his case manager or the facility's legal assistant, copies of the court-approved form Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and applicable instructions. The necessary forms are available on the Court's website at

www.cod.uscourts.gov. Plaintiff shall use the forms to cure the filing deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies by the deadline, the action will be dismissed without further notice.

DATED March 9, 2026.

BY THE COURT:

*Richard T. Gurley*

Richard T. Gurley
United States Magistrate Judge